UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------X   Index No.   12CV7178

GUSTAVO CARDENAS, JUSTINO NARANJO VARGAS, SALVATORE NARANJO VARGAS, RUBEN NAVA, ET AL,

                     Plaintiff(s)

Against

AAA CARTING & RUBBISH REMOVAL CORP., ET AL,

                     Defendant(s)

**AMENDED**
Affidavit of Service of Summons in a Civil Action Class Action Complaint

------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NEW YORK, SS:

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at NEW YORK, NY

That on November 14, 2012 at 03:18 PM at the address

    3 GREENTOWN ROAD
    BUCHANAN, NY 10511

deponent served the within Summons in a Civil Action Class Action Complaint

UPON:   PASQUALE CARTALEMI, JR.

By affixing a true copy of the Summons in a Civil Action Class Action Complaint to the door of said premises which is the actual place of business of said served with the state.
Deponent was unable, with due diligence, to find said served or a person of suitable age and discretion thereat.

Attempts to serve the defendant were made on the following:

    November 12, 2012 at 04:30 PM,   November 13, 2012 at 10:03 AM,   November 14, 2012 at 03:18 PM

Deponent describes the place of business as follows:
1 story commercial building with black glass double doors. Intercom on right side of front entrance. No security at the front desk.
On 11/15/2012, deponent enclosed a copy of the Summons in a Civil Action Class Action Complaint in a postpaid envelope properly addressed to the last known address of said served at:

3 GREENTOWN ROAD
BUCHANAN, NY 10511

I asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above. Hence, upon information and belief, I assert that the recipient is not in military service of the United States or of New York State as the term is defined in the state or in the Federal statutes.

RAMON TORRES
LICENSE NO.: 1097961

Sworn to before me this   29th day of November, 2012

REGENIA L HYMAN
NOTARY PUBLIC STATE OF NEW YORK
BRONX COUNTY
LIC. #01HY6045811
COMM. EXP. 7/31/2014

Nicoletti & Harris
132 Nassau Street
New York, NY