UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUSTAVO CARDENAS, JUSTINO NARANJO VARGAS, SALVATORE NARANJO VARGAS, RUBIN NAVA, Individually and on behalf of other persons similarly situated who were employed by AAA CARTING and RUBBISH REMOVAL CORP., and/or PASQUALE CARTALEMI and PASQUALE CARTALEMI, JR., ANGELO CARTALEMI, or any other entities affiliated with or controlled by AAA CARTING and RUBBISH REMOVAL CORP. and PASQUALE CARTALEMI,<br><br>                    Plaintiffs,<br><br>-against-<br><br>AAA CARTING and RUBBISH REMOVAL CORP. and PASQUALE CARTALEMI and/or PASQUALE CARTALEMI and PASQUALE CARTALEMI, JR. and ANGELO CARTALEMI or any other entities affiliated with or controlled by AAA CARTING and RUBBISH REMOVAL CORP. and PASQUALE CARTALEMI, PASQUALE CARTALEMI, JR., and ANGELO CARTALEMI, and JOHN DOE BONDING COMPANIES 1-20, and John and Jane Does,<br><br>                    Defendants. | Civil Action No.:7:12 Civ. 7178 (VLB) (LMS)<br><br>**NOTICE OF LIMITED APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants AAA Carting and Rubbish Removal, Inc., named incorrectly herein as AAA Carting and Rubbish Removal Corp., Pasquale Cartalemi, Pasquale Cartalemi, Jr., and Angelo Cartalemi ("Defendants"). In doing so, Defendants do not waive any defenses, including without limitation, to the lack of in personam jurisdiction over the Defendants and any other defenses raised in the accompanying Answer to the Complaint.

I certify that I am admitted to practice in this Court.

Dated: January 31, 2013　　　　　ROBINSON BROG LEINWAND
　　　　　New York, New York　　　　　　GREENE GENOVESE & GLUCK P.C.

　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　Nicholas Caputo, Esq.
　　　　　　　　　　　　　　　　　875 Third Avenue, 9th Floor
　　　　　　　　　　　　　　　　　New York, NY  10022
　　　　　　　　　　　　　　　　　T: (212) 603-6300
　　　　　　　　　　　　　　　　　F: (212) 956-2164
　　　　　　　　　　　　　　　　　nrc@robinsonbrog.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUSTAVO CARDENAS, JUSTINO NARANJO VARGAS, SALVATORE NARANJO VARGAS, RUBIN NAVA, Individually and on behalf of other persons similarly situated who were employed by AAA CARTING and RUBBISH REMOVAL CORP., and/or PASQUALE CARTALEMI and PASQUALE CARTALEMI, JR., ANGELO CARTALEMI, or any other entities affiliated with or controlled by AAA CARTING and RUBBISH REMOVAL CORP. and PASQUALE CARTALEMI,<br><br>                              Plaintiffs,<br>      -against-<br><br>AAA CARTING and RUBBISH REMOVAL CORP. and PASQUALE CARTALEMI and/or PASQUALE CARTALEMI and PASQUALE CARTALEMI, JR. and ANGELO CARTALEMI or any other entities affiliated with or controlled by AAA CARTING and RUBBISH REMOVAL CORP. and PASQUALE CARTALEMI, PASQUALE CARTALEMI, JR., and ANGELO CARTALEMI, and JOHN DOE BONDING COMPANIES 1-20, and John and Jane Does,<br><br>                              Defendants. | Civil Action No.:7:12 Civ. 178 (VLB) (LMS)<br><br>**NOTICE OF LIMITED APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants AAA Carting and Rubbish Removal, Inc., named incorrectly herein as AAA Carting and Rubbish Removal Corp., Pasquale Cartalemi, Pasquale Cartalemi, Jr., and Angelo Cartalemi ("Defendants"). In doing so, Defendants do not waive any defenses, including without limitation, to the lack of in personam jurisdiction over the Defendants and any other defenses raised in the accompanying Answer to the Complaint.

I certify that I am admitted to practice in this Court.

- 2 -

Dated: January 31, 2013  
      New York, New York

ROBINSON BROG LEINWAND  
  GREENE GENOVESE & GLUCK P.C.

By: _____  
Michael A. Eisenberg, Esq.  
875 Third Avenue, 9th Floor  
New York, NY 10022  
T: (212) 603-6300  
F: (212) 956-2164  
mae@robinsonbrog.com