UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
GUSTAVO CARDENAS, JUSTINO NARANJO :
VARGAS, SALVATORE NARANJO VARGAS, :
RUBIN NAVA, Individually and on behalf of other : Civil Action No.:12 Civ. 7178 (VLB) (LMS)
persons similarly situated who were employed by :
AAA CARTING and RUBBISH REMOVAL :
CORP., and/or PASQUALE CARTALEMI and :
PASQUALE CARTALEMI, JR., ANGELO :
CARTALEMI, or any other entities affiliated with : **RULE 7.1 STATEMENT**
or controlled by AAA CARTING and RUBBISH :
REMOVAL CORP. and PASQUALE :
CARTALEMI, :
 :
        Plaintiffs, :
 :
   -against- :
 :
AAA CARTING and RUBBISH REMOVAL :
CORP. and PASQUALE CARTALEMI and/or :
PASQUALE CARTALEMI and PASQUALE :
CARTALEMI, JR. and ANGELO CARTALEMI or :
any other entities affiliated with or controlled by :
AAA CARTING and RUBBISH REMOVAL :
CORP. and PASQUALE CARTALEMI, :
PASQUALE CARTALEMI, JR., and ANGELO :
CARTALEMI, and JOHN DOE BONDING :
COMPANIES 1-20, and John and Jane Does, :
 :
        Defendants. :
------------------------------------------------------------------ x

  Pursuant to Federal Rules of Civil Procedure 7.1, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that Defendant AAA CARTING and RUBBISH REMOVAL INC., named incorrectly herein as AAA CARTING and RUBBISH REMOVAL, Corp., is not a publicly held company, does not have any corporate parents,

{00609336.DOC;1}

subsidiaries, or affiliates which are publicly held, nor does any publicly held corporation own 10 percent or more of the stock of AAA Carting and Rubbish Removal, Inc.

In making this disclosure, Defendants do not waive any defenses, including without limitation, to the lack of in personam jurisdiction over the Defendants and any other defenses raised in the accompanying Answer to the Complaint.

Dated: January 31, 2013
      New York, New York

Respectfully submitted,

ROBINSON BROG LEINWAND
GREENE GENOVESE & GLUCK, P.C.

By:   /s/ Nicholas Caputo
      Nicholas Caputo (NC-8500)
*Attorney for Defendants AAA Carting and Rubbish Removal, Inc., sued herein as AAA Carting and Rubbish Removal Corp., Pasquale Cartalemi, Pasquale Cartalemi, Jr., and Angelo Cartalemi*
875 Third Avenue, 9th Floor
New York, New York 10022
(212) 603-6300
nrc@robinsonbrog.com