UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
GUSTAVO CARDENAS, et al.,
                    Plaintiffs,

v.

AAA CARTING AND RUBBISH
REMOVAL, et al.,
                    Defendants.
--------------------------------------------------------------x

**ORDER**

12 CV 7178 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/13

After consultation with counsel at an initial conference held on March 20, 2013:

1) By April 3, 2013, the parties shall make initial disclosures pursuant to Rule 26(a).

2) By April 19, 2013, defendants' counsel shall submit to the Court a letter explaining how discovery in this case can be limited to concern only the issue of subject matter jurisdiction. Plaintiffs' counsel shall respond to the letter by April 26, 2013.

3) By April 19, 2013, plaintiffs shall file their motion for conditional certification of a collective action.

Dated: March 20, 2013
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge