UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
GUSTAVO CARDENAS, JUSTINO NARANJO VARGAS,
SALVATORE NARANJO VARGAS, RUBIN NAVA,
Individually and on behalf of other persons similarly
Situated who were employed by AAA CARTING
And RUBBISH REMOVAL CORP., and/or
PASQUALE CARTALEMI and PASQUALE
CARTALEMI, JR., ANGELO CARTALEMI, or any
Other entities affiliated with or controlled by
AAA CARTING And RUBBISH REMOVAL CORP.
And PASQUALE CARTALEMI,

Case No.: 12-CV-7178(VB)

**NOTICE OF MOTION**

                               Plaintiffs,

-v-

AAA CARTING and RUBBISH REMOVAL
CORP. and PASQUALE CARTALEMI and/or
PASQUALE CARTALEMI and PASQUALE
CARTALEMI, JR. and ANGELO CARTALEMI or any
Other entities affiliated with or controlled by
AAA CARTING And RUBBISH REMOVAL CORP.
And PASQUALE CARTALEMI, PASQUALE
CARTALEMI, JR., And ANGELO CARTALEMI,
and JOHN DOE BONDING COMPANIES 1-20,
and John and Jane Does,

                               Defendants.
------------------------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that upon the annexed declaration of Michael J. Mauro, sworn to on April 19, 2013 and all exhibits attached thereto, the undersigned will move this Court, at the United States Courthouse for the Southern District of New York, located at 300 Quarropas Street, White Plains, New York, 10601, before the Honorable Vincent L. Briccetti for an Order certifying this action as a collective action with respect to the plaintiffs' FLSA claims pursuant to Section 216(b) of the Fair Labor Standards Act of 1938, 299 U.S.C. § 216(b), with appropriate requirements as to disclosure by the Defendants of the names and last know physical addresses of the Defendants current and former sanitation driver and helper employees, and as to notice to the prospective collective action members.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Rule 6.1(b) of the Court's Local Rules, answering papers, if any, are to be served as to be received by the undersigned not later than fourteen (14) days after receipt of the moving papers.

Dated: April 19, 2013
      Lake Success, New York

                                      Respectfully submitted,

                                      By: /s/_____
                                      Michael J. Mauro, Esq.
                                      Matthew A. Brown, Esq.
                                      MILMAN LABUDA LAW GROUP PLLC
                                      Attorneys for Plaintiffs
                                      3000 Marcus Avenue, Suite 3W8
                                      Lake Success, NY  11042
                                      (516) 328-8899

To:
Nicholas Caputo, Esq.
Michael Eisenberg, Esq.
Robinson Brog Leinwand Greene Genovese & Gluck, P.C.
875 Third Avenue, 9th Floor
New York, NY 1002