

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUSTAVO CARDENAS, JUSTINO NARANJO VARGAS, SALVATORE NARANJO VARGAS, RUBIN NAVA, Individually and on behalf of other persons similarly situated who were employed by AAA CARTING and RUBBISH REMOVAL CORP., and/or PASQUALE CARTALEMI and PASQUALE CARTALEMI, JR., ANGELO CARTALEMI, or any other entities affiliated with or controlled by AAA CARTING and RUBBISH REMOVAL CORP. and PASQUALE CARTALEMI,<br><br>Plaintiffs,<br><br>-against-<br><br>AAA CARTING and RUBBISH REMOVAL CORP. and PASQUALE CARTALEMI and/or PASQUALE CARTALEMI and PASQUALE CARTALEMI, JR. and ANGELO CARTALEMI or any other entities affiliated with or controlled by AAA CARTING and RUBBISH REMOVAL CORP. and PASQUALE CARTALEMI, PASQUALE CARTALEMI, JR., and ANGELO CARTALEMI, and JOHN DOE BONDING COMPANIES 1-20, and John and Jane Does,<br><br>Defendants. | Civil Action No.:7:12 Civ. 7178 (VLB)<br><br>STIPULATION<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 5-1-13 |

   IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties, that the time for Defendants to serve and file their Opposition with respect to Plaintiffs' Motion for Collective Action Certification filed on April 19, 2013, is hereby extended from May 3, 2013, to May 17, 2013. Plaintiffs' time to serve and file their Reply is hereby extended to June 7, 2013.

   No prior extensions of time for this motion have been sought or granted.

Dated: New York, New York
       April 26, 2013

{00621585.DOC;1}

| | |
|---|---|
| MILMAN LABUDA LAW GROUP PLLC | ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C. |

By: _____
Michael J. Mauro
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042
(516) 328-8899
Attorney for Plaintiffs

By: _____
Nicholas Caputo
875 Third Avenue
New York, New York 10022
(212) 603-6300
Attorney for Defendants

SO ORDERED:

_____
U.S.D.J.
Vincent L. Briccetti

Dated: May 1, 2013
White Plains, N.Y.

{00621585.DOC;1}