

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUSTAVO CARDENAS, JUSTINO NARANJO VARGAS, SALVATORE NARANJO VARGAS, RUBIN NAVA, Individually and on behalf of other persons similarly situated who were employed by AAA CARTING and RUBBISH REMOVAL CORP., and/or PASQUALE CARTALEMI and PASQUALE CARTALEMI, JR., ANGELO CARTALEMI, or any other entities affiliated with or controlled by AAA CARTING and RUBBISH REMOVAL CORP. and PASQUALE CARTALEMI,

                              Plaintiffs,

-against-

AAA CARTING and RUBBISH REMOVAL CORP. and PASQUALE CARTALEMI and/or PASQUALE CARTALEMI and PASQUALE CARTALEMI, JR. and ANGELO CARTALEMI or any other entities affiliated with or controlled by AAA CARTING and RUBBISH REMOVAL CORP. and PASQUALE CARTALEMI, PASQUALE CARTALEMI, JR., and ANGELO CARTALEMI, and JOHN DOE BONDING COMPANIES 1-20, and John and Jane Does,

                              Defendants.



Civil Action No.:7:12 Civ. 7178 (VLB)

STIPULATION



      **IT IS HEREBY STIPULATED**, by and between the undersigned counsel for the parties, that the time for Defendants to serve and file their Opposition with respect to Plaintiffs' Motion for Collective Action Certification filed on April 19, 2013, is hereby extended from May 17, 2013, to May 24, 2013. Plaintiffs' time to serve and file their Reply is hereby extended to June 14, 2013.

      One prior two-week extension of time for this motion was granted.

Dated: New York, New York
       May 14, 2013

{00621585.DOC;1 }

| | |
|---|---|
| MILMAN LABUDA LAW GROUP PLLC | ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C. |
| By: _____ Michael J. Mauro 3000 Marcus Avenue, Suite 3W8 Lake Success, NY  11042 (516) 328-8899 Attorney for Plaintiffs | By: _____ Nicholas Caputo 875 Third Avenue New York, New York 10022 (212) 603-6300 Attorney for Defendants |

SO ORDERED:

_____
Hon. Vincent L. Briccetti

Dated: May 17, 2013
       White Plains, N.Y.

{00621585.DOC;1 }