

# MILMAN LABUDA LAW GROUP PLLC
### 3000 Marcus Avenue
### Suite 3W8
### Lake Success, New York 11042

Telephone (516) 328-8899
Facsimile (516) 328-0082



*Via Facsimile (914) 390-4170*

June 12, 2013

Hon. Vincent L. Briccetti, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
Chambers 533
White Plains, NY 10601-4150

**APPLICATION DENIED**
**SO ORDERED:**
Vincent L. Briccetti, U.S.D.J.
Dated: 6/13/13
White Plains, NY

No good cause has been shown.

Re: *Cardenas, et al. v. AAA Carting and Rubbish, et al.*
    <u>12-cv-7178</u>

Dear Judge Briccetti:

  This firm represents the Plaintiffs' in the above-referenced matter. The Court will recall that Plaintiffs assert claims under the Fair Labor Standards Act among other wage claims. Plaintiffs' have moved for an order granting conditional certification under § 216(b) of the FLSA. Plaintiffs' reply in further support of the motion is due on June 14, 2013. Plaintiffs respectfully request the Court's permission to exceed Your Honor's 10 page limit for a reply brief by two pages.

  Thank you.

              Respectfully Submitted,

              MILMAN LABUDA LAW GROUP PLLC

              /s/ _____
              Michael J. Mauro, Esq.

Cc:  Michael Eisenberg, Esq. via fax at (212) 956-2164