UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GUSTAVO CARDENAS, JUSTINO NARANJO VARGAS,
SALVATORE NARANJO VARGAS, RUBIN NAVA,
Individually and on behalf of other persons similarly Situated
who were employed by AAA CARTING And RUBBISH
REMOVAL CORP., and/or PASQUALE CARTALEMI and
PASQUALE CARTALEMI, JR., ANGELO CARTALEMI,
or any Other entities affiliated with or controlled by AAA
CARTING And RUBBISH REMOVAL CORP. And
PASQUALE CARTALEMI,

Case No.: 12-CV-7178 (VB)

Class Action Complaint

PLAINTIFF CONSENT FORM

Plaintiffs,

-v-

AAA CARTING and RUBBISH REMOVAL CORP. and
PASQUALE CARTALEMI and/or PASQUALE
CARTALEMI and PASQUALE CARTALEMI, JR. and
ANGELO CARTALEMI or any Other entities affiliated
with or controlled by AAA CARTING And RUBBISH
REMOVAL CORP. And PASQUALE CARTALEMI,
and JOHN DOE BONDING COMPANIES 1-20, and
John and Jane Does,

Defendants.
-----------------------------------------------------------------X

    I hereby consent to be a plaintiff in this lawsuit. I hereby consent to the prosecution of any claims that I may have under the Fair Labor Standards Act and New York Labor Law for, *inter alia*, unpaid overtime, minimum wages, prevailing wages and supplemental benefits, liquidated damages, attorneys' fees, costs, and other relief against Defendants on a collective action basis and class action basis.

    I authorize the law firm of Milman Labuda Law Group PLLC, its successors and assigns, to represent me in this case.

Dated: June 14, 2013

_____
Edward J. Brady, III