UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
Cardenas

                  Plaintiff,

      v.

AAA Carting et.al

                  Defendant.

------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9.23.13
```

**ORDER OF REFERENCE**
**TO A**
**MAGISTRATE JUDGE**

12 -cv- 7178 (VB)(LMS)

The above entitled action is referred to the Honorable Lisa Margaret Smith
United States Magistrate Judge, for purpose of:

____ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

____ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

____ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

____ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) *

____ JURY SELECTION

____ HABEAS CORPUS

____ INQUEST AFTER DEFAULT / DAMAGES HEARING

____ SOCIAL SECURITY

_X_ SETTLEMENT * (on or after 1-15-14)

____ OTHER

Dated: September 23, 2013
      White Plains, New York

SO ORDERED:

/s/ *signature*
_____
United States District Judge

* Do not check if already referred for General Pre-Trial.