UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of　　　　　　　　　　　　　　　　　　　　　September 23, 2013
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

## SCHEDULING NOTICE

<u>CARDENAS ET AL. v. AAA CARTING ET AL.</u>, 12 CV 7178 (VB) (LMS)

| | |
|---|---|
| Michael J. Mauro<br>Matthew A. Brown<br>Milman Labuda Law Group, PLLC<br>3000 Marcus Avenue, Suite 3W8<br>New Hyde Park, NY 11042 | Michael A. Eisenberg<br>Nicholas R. Caputo<br>Robinson Brog Leinwand Greene Genovese<br>& Gluck, P.C.<br>875 Third Avenue<br>New York, NY 10022 |

The matter of <u>CARDENAS ET AL. v. AAA CARTING ET AL.</u> has been scheduled for an in-person settlement conference before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **Tuesday, January 21, 2014, at 2:30 P.M. in Courtroom 520**.

*Counsel should either have: full independent settlement authority; principals present; or principals readily available by telephone.*

*Please Note: Counsel seeking to reschedule an appearance must have all parties on the line prior to contacting Chambers.*

SO ORDERED: *[signature]*
Hon. Lisa Margaret Smith
U.S.M.J.