UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
GUSTAVO CARDENAS, JUSTINO NARANJO  :
VARGAS, SALVATORE NARANJO VARGAS,  :
RUBIN NAVA, Individually and on behalf of  :
other persons similarly situated who were  :
employed by AAA CARTING and RUBISH  :
REMOVAL CORP., and/or PASQUALE  :
CARTALEMI and PASQUALE  :
CARTALEMI, JR., ANGELO CARTALEMI, or  :
any other entities affiliated with or controlled by  :
AAA CARTING and RUBBISH REMOVAL  :
CORP. and PASQUALE CARTALEMI,  :
                      Plaintiffs,  :
                                      :  **ORDER**
v.  :
                                      :  12 CV 7178 (VB)
AAA CARTING and RUBISH REMOVAL  :
CORP. and PASQUALE CARTALEMI and/or  :
PASQUALE CARTALEMI and PASQUALE  :
CARTALEMI, JR. and ANGELO CARTALEMI  :
or any other entities affiliated with or controlled by :
AAA CARTING and RUBBISH REMOVAL  :
CORP. and PASQUALE CARTALEMI,  :
PASQUALE CARTALEMI, JR., and ANGELO  :
CARTALEMI, and JOHN DOE BONDING  :
COMPANIES 1-20, and John and Jane Does,  :
                      Defendants.  :
--------------------------------------------------------------x

       The parties having stipulated to a protective order providing, among other things, for the filing of documents under seal with the permission of the Court, should such permission be granted, it is further ORDERED:

1. The parties should consult the instructions for filing documents under seal on the Southern District of New York website (http://www.nysd.uscourts.gov/cases_records.php?records=sealed_records);

1

2. As soon as practicable, but in no event later than ten calendar days after having filed paper copies of the submitted materials, the submitting party shall electronically file with the Court, for its public file, a copy of the submitted materials with the confidential information redacted;

3. A full and unredacted courtesy copy of any submission of documents filed under seal shall be provided to chambers as soon as practicable, marked "Chambers Copy" and "Contains Confidential Information Filed Under Seal."

Dated: October 17, 2013
      White Plains, NY

                              SO ORDERED:

                              Vincent L. Briccetti
                              United States District Judge