UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
GUSTAVO CARDENAS, JUSTINO NARANJO VARGAS,
SALVATORE NARANJO VARGAS, RUBIN NAVA,
Individually and on behalf of other persons similarly
Situated who were employed by AAA CARTING
And RUBBISH REMOVAL CORP., and/or
PASQUALE CARTALEMI and PASQUALE
CARTALEMI, JR., ANGELO CARTALEMI, or any
Other entities affiliated with or controlled by
AAA CARTING And RUBBISH REMOVAL CORP.
And PASQUALE CARTALEMI,

Case No.: 12-CV-7178(VB)

**CONSENT TO JOIN**

Plaintiffs,

-v-

AAA CARTING and RUBBISH REMOVAL
CORP. and PASQUALE CARTALEMI and/or
PASQUALE CARTALEMI and PASQUALE
CARTALEMI, JR. and ANGELO CARTALEMI or any
Other entities affiliated with or controlled by
AAA CARTING And RUBBISH REMOVAL CORP.
And PASQUALE CARTALEMI, PASQUALE
CARTALEMI, JR., And ANGELO CARTALEMI,
and JOHN DOE BONDING COMPANIES 1-20,
and John and Jane Does,

Defendants.
-------------------------------------------------------------------------X

By signing below, I, Edward Osinski (print name), consent to participate in this lawsuit. I further consent to the firm of Milman Labuda Law Group PLLC representing me in this case.

Signature: _Edward Osinski_    Print Name: Edward Osinski

Address: 3154 Sharon Turnpike, Millbrook NY 12545

Zip Code: 12545    Apt. _____    Phone Number: (845) 235-2530

E-mail: quadracer1135@aol.com

**THE LAST DAY TO FILE THIS CONSENT TO JOINDER FORM IS JANUARY 20, 2013**