UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GUSTAVO CARDENAS, JUSTINO NARANJO VARGAS,
SALVATORE NARANJO VARGAS, RUBIN NAVA,
Individually and on behalf of other persons similarly    Case No.: 12-CV-7178(VB)
Situated who were employed by AAA CARTING
And RUBBISH REMOVAL CORP., and/or                        **CONSENT TO JOIN**
PASQUALE CARTALEMI and PASQUALE
CARTALEMI, JR., ANGELO CARTALEMI, or any
Other entities affiliated with or controlled by
AAA CARTING And RUBBISH REMOVAL CORP.
And PASQUALE CARTALEMI,

                              Plaintiffs,

-v-

AAA CARTING and RUBBISH REMOVAL
CORP. and PASQUALE CARTALEMI and/or
PASQUALE CARTALEMI and PASQUALE
CARTALEMI, JR. and ANGELO CARTALEMI or any
Other entities affiliated with or controlled by
AAA CARTING And RUBBISH REMOVAL CORP.
And PASQUALE CARTALEMI, PASQUALE
CARTALEMI, JR., And ANGELO CARTALEMI,
and JOHN DOE BONDING COMPANIES 1-20,
and John and Jane Does,

                              Defendants.
-----------------------------------------------------------------X

By signing below, I, __Joseph E. Nesci_____ (print name), consent to participate in this lawsuit. I further consent to the firm of Milman Labuda Law Group PLLC representing me in this case.

Signature: _[signed]_____  Print Name: __Joseph E. Nesci_____

Address: __1903 Kings Way, Carmel, New York 10512_____

Zip Code: __10512_____    Apt. _____    Phone Number: (___)_____

E-mail: _____

**THE LAST DAY TO FILE THIS CONSENT TO JOINDER FORM IS JANUARY 20, 2013**