UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GUSTAVO CARDENAS, JUSTINO NARANJO VARGAS,
SALVATORE NARANJO VARGAS, RUBIN NAVA,
Individually and on behalf of other persons similarly
Situated who were employed by AAA CARTING
And RUBBISH REMOVAL CORP., and/or
PASQUALE CARTALEMI and PASQUALE
CARTALEMI, JR., ANGELO CARTALEMI, or any
Other entities affiliated with or controlled by
AAA CARTING And RUBBISH REMOVAL CORP.
And PASQUALE CARTALEMI,

Case No.: 12-CV-7178(VB)

**CONSENT TO JOIN**

Plaintiffs,

-v-

AAA CARTING and RUBBISH REMOVAL
CORP. and PASQUALE CARTALEMI and/or
PASQUALE CARTALEMI and PASQUALE
CARTALEMI, JR. and ANGELO CARTALEMI or any
Other entities affiliated with or controlled by
AAA CARTING And RUBBISH REMOVAL CORP.
And PASQUALE CARTALEMI, PASQUALE
CARTALEMI, JR., And ANGELO CARTALEMI,
and JOHN DOE BONDING COMPANIES 1-20,
and John and Jane Does,

Defendants.
------------------------------------------------------------------X

By signing below, I, __Robert Tompkins__ (print name), consent to participate in this lawsuit. I further consent to the firm of Milman Labuda Law Group PLLC representing me in this case.

Signature: _Robert Tompkins_         Print Name: __Robert Tompkins__
Address: _____
Zip Code: _____         Apt. _____   Phone Number _____
E-mail: _____

**THE LAST DAY TO FILE THIS CONSENT TO JOINDER FORM IS JANUARY 20, 2013**