UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X

GUSTAVO CARDENAS, JUSTINO NARANJO VARGAS,
SALVATORE NARANJO VARGAS, RUBIN NAVA,
Individually and on behalf of other persons similarly
Situated who were employed by AAA CARTING
And RUBBISH REMOVAL CORP., and/or
PASQUALE CARTALEMI and PASQUALE
CARTALEMI, JR., ANGELO CARTALEMI, or any
Other entities affiliated with or controlled by
AAA CARTING And RUBBISH REMOVAL CORP.
And PASQUALE CARTALEMI,

Case No.: 12-CV-7178(VB)

CONSENT TO JOIN

Plaintiffs,

-v-

AAA CARTING and RUBBISH REMOVAL
CORP. and PASQUALE CARTALEMI and/or
PASQUALE CARTALEMI and PASQUALE
CARTALEMI, JR. and ANGELO CARTALEMI or any
Other entities affiliated with or controlled by
AAA CARTING And RUBBISH REMOVAL CORP.
And PASQUALE CARTALEMI, PASQUALE
CARTALEMI, JR., And ANGELO CARTALEMI,
and JOHN DOE BONDING COMPANIES 1-20,
and John and Jane Does,

Defendants.

-----------------------------------------------------------------------------X

By signing below, I, _Derek Connolly_ (print name), consent to

participate in this lawsuit. I further consent to the firm of Milman Labuda Law Group

PLLC representing me in this case.

Signature: _Derek Connolly_ Print Name: _Derek Connolly_

Addres.

Zip Code:                    Apt. _____    Phone Number:

E-mail: _____ @.

**THE LAST DAY TO FILE THIS CONSENT TO JOINDER FORM IS JANUARY 20, 2013**