UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
GUSTAVO CARDENAS, individually and on
behalf of other persons similarly situated, et al., :
                        Plaintiff, :
                                      : **ORDER**

v. :
                                      : 12 CV 7178 (VB)

AAA CARTING and RUBBISH REMOVAL :
CORP. and PASQUALE CARTALEMI, :
PASQUALE CARTALEMI, JR. and ANGELO :
CARTALEMI or any other entities affiliated with or :
controlled by AAA CARTING and RUBBISH :
REMOVAL CORP. and PASQUALE :
CARTALEMI, PASQUALE CARTALEMI, JR., :
and ANGELO CARTALEMI, :
                        Defendants. :
--------------------------------------------------------------x



After consultation with counsel on April 16, 2015, it is hereby ORDERED:

1) The deadline for the completion of fact discovery shall be May 7, 2015. Magistrate Judge Smith's March 6, 2015, Order otherwise will remain in effect.

2) If the motion for preliminary approval of the settlement is not filed by April 23, 2015, plaintiffs' counsel is directed to submit a letter to the Court explaining the reason for the delay.

Dated: April 16, 2015
       White Plains, NY

                                  SO ORDERED:

                                  Vincent L. Briccetti
                                  United States District Judge